[Cite as *05/06/2003 Case Announcements #2*, 2003-Ohio-2282.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *May 6, 2003*

### MOTION AND PROCEDURAL RULINGS

**2002–1245 and 2002–1271. Estate of Houser v. Motorists Ins. Co.**
Auglaize App. No. 2-02-02, 2002-Ohio-2845. Sua sponte, the oral argument set for May 13, 2003, is canceled; cause held for the decision in 2002–0932, *Westfield Ins. Co. v. Galatis,* Summit App. No. 20784, 2002-Ohio-1502; further briefing stayed.

Cook, J., not participating.

[Cite as *05/07/2003 Case Announcements*, 2003-Ohio-2242.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *May 7, 2003*

### MERIT DECISIONS WITHOUT OPINIONS

**2002–2063. State ex rel. Maple Hts. Bd. of Edn. v. Sikora.**
Cuyahoga App. No. 81965. Sua sponte, cause dismissed as moot.

Moyer, C.J., Resnick, F.E. Sweeney, Pfeifer, Lundberg Stratton and O'Connor, JJ., concur.

Cook, J., not participating.

**2003–0461. State ex rel. Clements v. Olsen.**
In Mandamus. On motion to dismiss of William D. Mason. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Resnick, F.E. Sweeney, Pfeifer, Lundberg Stratton and O'Connor, JJ., concur.

Cook, J., not participating.

**2003–0488. State ex rel. Brown v. Ohio Adult Parole Auth.**
In Mandamus. On complaint in mandamus of Ronald David Brown. On S.Ct.Prac.R. X(5) determination, cause dismissed.

Moyer, C.J., Resnick, F.E. Sweeney, Pfeifer, Lundberg Stratton and O'Connor, JJ., concur.

Cook, J., not participating.

**2003–0490. State ex rel. Martin v. Parrish.**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.

Moyer, C.J., Resnick, F.E. Sweeney, Pfeifer, Lundberg Stratton and O'Connor, JJ., concur.

Cook, J., not participating.

**2003–0509. State ex rel. Christopher v. Taft.**
In Mandamus. On answer of respondent Governor Bob Taft and motion for judgment on pleadings. On S.Ct.Prac.R. X(5) determination, cause dismissed.

Moyer, C.J., F.E. Sweeney, Lundberg Stratton and O'Connor, JJ., concur.

Resnick, J., dissents and would grant an alternative writ and expedite proceedings.

Pfeifer, J., dissents and would grant an alternative writ.

Cook, J., not participating.

**2003–0634. State v. Class.**
In Habeas Corpus. On petition for writ of habeas corpus of Dwight L. Class and Anthony P. White on behalf of Dwight L. Class. Sua sponte, cause dismissed.

Moyer, C.J., Resnick, F.E. Sweeney, Pfeifer, Lundberg Stratton and O'Connor, JJ., concur.

Cook, J., not participating.